**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|           Plaintiff, ) | |
| ) | |
| vs. ) | Case No.    19-CR-20044 |
| ) | |
| IZELL L. PITTMAN, ) | |
|           Defendant. ) | |

## MOTION TO WITHDRAW

**NOW COMES** the Defendant, IZELL L. PITTMAN, by and through his attorney, LAWRENCE T. SOLAVA, of BECKETT LAW OFFICE, P.C., and in support of his Motion to Withdraw states as follows:

1. On May 22, 2019, defense counsel was appointed to represent the defendant, IZELL L. PITTMAN.

2. Defense counsel has met with the Defendant, IZELL L. PITTMAN, on several occasions.

3. Defense counsel was also appointed to represent another defendant in a separate criminal proceeding.

4. Defense counsel reviewed discovery and has met with that defendant on numerous occasions.

5. Defense counsel has determined that there is a direct and irreconcilable conflict of interest in representing both defendants.

6. Defense counsel cannot properly represent either defendant based on the disclosures received, in that at some point, defense counsel could potentially be required to contest the credibility of either or both of the defendants.

7. Defense counsel has disclosed the conflict of interest in representing both defendants to the U. S. Attorney and they do not oppose the Motion to Withdraw.

**WHEREFORE** the Defendant, IZELL L. PITTMAN, prays that the Motion to Withdraw be granted, that new counsel be appointed for the Defendant, IZELL L. PITTMAN, and for such other relief deemed just and appropriate.

                Respectfully submitted,
                IZELL L. PITTMAN, Defendant


By:    */s/ Lawrence T. Solava*
          LAWRENCE T. SOLAVA
          Attorney for the Defendant, IZELL L. PITTMAN


**LAWRENCE T. SOLAVA**
**BECKETT LAW OFFICE, P.C.**
**508 South Broadway Avenue**
**Urbana IL  61801**
**(217) 328-0263 [Voice]**
**(217) 328-0290 [Facsimile]**
lawrence@beckettlawpc.com
A.R.D.C. # 6243927

## CERTIFICATE OF SERVICE

I hereby certify that on June ??, 2019, I electronically filed the above **Motion to Withdraw** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Rachel Ritzer, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

and I hereby certify that on June ??, 2019, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

By: */s/ Lawrence T. Solava*
LAWRENCE T. SOLAVA
Attorney for the Defendant, IZELL L. PITTMAN


**LAWRENCE T. SOLAVA**
**BECKETT LAW OFFICE, P.C.**
**508 South Broadway Avenue**
**Urbana IL  61801**
**(217) 328-0263 [Voice]**
**(217) 328-0290 [Facsimile]**
lawrence@beckettlawpc.com
A.R.D.C. # 6243927